

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE BAQUIAX ALVAREZ, Defendant. | Case No. CR 19-0117-VAP<br>ORDER OF DETENTION |

I.

On March 28, 2019, Defendant made his initial appearance in this district on the First Superseding Indictment filed in this matter. David McLane, a member of the Indigent Defense Panel, was appointed to represent Defendant. Defendant submitted on the Pretrial Services Officer's recommendation of detention.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving an offense with maximum sentence of life imprisonment or death.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ no lawful status in the United States.
- ☒ Unknown and unverified background information
- ☒ no sureties

As to danger to the community:

- ☒ Allegations in the first superseding indictment include murder
- ☒ Unknown information regarding substance abuse

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial and committed to the custody of the U.S. Marshal pending further proceedings.

Dated: March 28, 2019

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

2